# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 474 |
| | : | |
| ORDER AMENDING RULES 408, 413, | : | CRIMINAL PROCEDURAL RULES |
| 423, 452, 455, AND 1031 OF THE | : | |
| PENNSYLVANIA RULES OF CRIMINAL | : | DOCKET |
| PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 10th day of June, 2016, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 45 *Pa.B*. 1846 (April 11, 2015)**,** and in the Atlantic Reporter (Third Series Advance Sheets, Vol.110)*,* and a *Final Report* to be published with this **ORDER:**

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the amendments to Pennsylvania Rules of Criminal Procedure 408, 413, 423, 452, 455, and 1031 are approved in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective August 1, 2016.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.